No. 405. IN RE MURCHISON ET AL. Supreme Court of Michigan. Certiorari granted. *James A. Cobb* and *George E. C. Hayes* for petitioners. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attor-

ney General, filed a brief opposing the petition.